Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-17547-PMM

CORDELL JOHN PAYNE, JR.  
4150 KILMER AVE  
ALLENTOWN  PA    18104-3310

Petition Filed Date: 10/27/2016  
341 Hearing Date: 03/28/2017  
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $650.00 | 30828 | 02/05/2019 | $650.00 | 6803002607 | 03/04/2019 | $150.00 | 17836733230 |
| 03/04/2019 | $500.00 | 17836733229 | 04/02/2019 | $471.00 | 17836733903 | 04/02/2019 | $500.00 | 17836733902 |
| 04/29/2019 | $500.00 | 17836757395 | 04/29/2019 | $471.00 | 17836757396 | 06/05/2019 | $500.00 | 17836633464 |
| 06/05/2019 | $417.00 | 17836633465 | 07/15/2019 | $500.00 | 17905879641 | 07/15/2019 | $471.00 | 17905879642 |
| 08/07/2019 | $471.00 | 17905879947 | 08/07/2019 | $500.00 | 17905879946 | 09/20/2019 | $471.00 | 17905985850 |
| 09/20/2019 | $500.00 | 17905985849 | 10/10/2019 | $971.00 | 6814606950 | 11/15/2019 | $971.00 | 6814607004 |
| 12/11/2019 | $971.00 | 6803003009 | 01/10/2020 | $971.00 | 6814607138 | 02/05/2020 | $971.00 | 6814607201 |
| 03/03/2020 | $971.00 | 6814607266 | 04/13/2020 | $971.00 | | 05/05/2020 | $971.00 | |
| 06/02/2020 | $971.00 | | 06/30/2020 | $997.00 | | 08/03/2020 | $971.00 | |

**Total Receipts for the Period: $18,429.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,629.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | NEWREZ LLC  D/B/A<br>»»  005 | Mortgage Arrears | $30,376.43 | $18,436.93 | $11,939.50 |
| 8 | ALTAIR OH XIII LLC<br>»»  008 | Unsecured Creditors | $521.09 | $0.00 | $521.09 |
| 4 | BECKET & LEE, LLP<br>»»  004 | Unsecured Creditors | $412.16 | $0.00 | $412.16 |
| 7 | CITY OF ALLENTOWN<br>»»  07P | Priority Creditors | $3,462.98 | $3,462.98 | $0.00 |
| 7 | CITY OF ALLENTOWN<br>»»  07U | Unsecured Creditors | $105.00 | $0.00 | $105.00 |
| 2 | US DEPT OF HUD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  006 | Unsecured Creditors | $20,755.28 | $0.00 | $20,755.28 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Creditors | $228.09 | $228.09 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01S | Secured Creditors | $3,410.55 | $2,070.01 | $1,340.54 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $10.60 | $0.00 | $10.60 |
| 9 | SOUTH WHITEHALL TOWNSHIP<br>»»  009 | Secured Creditors | $1,360.38 | $825.67 | $534.71 |
| 10 | SOUTH WHITEHALL TOWNSHIP<br>»»  010 | Secured Creditors | $859.16 | $521.43 | $337.73 |

**Chapter 13 Case No. 16-17547-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | WELLS FARGO DEALER SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LYNN E FELDMAN ESQ<br>»» 011 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,629.00 | Current Monthly Payment: | $971.00 |
| Paid to Claims: | $27,045.11 | Arrearages: | $1,312.00 |
| Paid to Trustee: | $2,709.98 | Total Plan Base: | $46,506.00 |
| Funds on Hand: | $873.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.