Certificate Number: 17082-PAE-DE-035241715

Bankruptcy Case Number: 16-17547



17082-PAE-DE-035241715

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2021, at 2:26 o'clock PM MST, CORDELL J PAYNE Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 6, 2021              By:   /s/Orsolya K Lazar

                                      Name: Orsolya K Lazar

                                      Title: Executive Director