United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-17547-pmm

Cordell John Payne, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Apr 08, 2021     Form ID: 138NEW     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cordell John Payne, Jr., 4150 Kilmer Ave, Allentown, PA 18104-3310 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| cr | + | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 13814402 | | Advanced Recovery System, 901 E 8th Ave Ste 206, King of Prussia, PA 19406-1354 |
| 13841703 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13949204 | + | Cigar Factory, 737 North Meadow Street, Allentown, PA 18102 |
| 13814403 | | County Of Lehigh, 17 S 7th St Fiscal Office Room 119, Allentown, PA 18101-2401 |
| 14399642 | + | Ditech FinanciC/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106, al LLC 19106-1541 |
| 13814405 | | Ditech Financial, 3000 Bayport Dr Ste 880, Tampa, FL 33607-8409 |
| 14401067 | + | Ditech Financial LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14320722 | | Ditech Financial LLC, Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13864242 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13814406 | | HUD, c/o Novad Management Consulting Shepherd, 2401 NW 23rd St Ste 1A, Oklahoma City, OK 73107-2423 |
| 13814408 | | Joseph I Foley, McCabe, Weisberg and Conway, PC, 123 S Broad St Ste 1400, Philadelphia, PA 19109-1060 |
| 13814409 | | Joshua Isaac Goldman, KML Law Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 13814411 | | Lehigh County Tax Claim Buruea, 17 S 7th St, Allentown, PA 18101-2401 |
| 13814412 | | Natalie Payne, 4150 Kilmer Ave, Allentown, PA 18104-3310 |
| 13814413 | | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14516253 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13814416 | | Portnoff Law, PO Box 351, Norristown, PA 19404-0351 |
| 13903052 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13903308 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 13903051 | + | South Whitehall Township Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13903309 | + | South Whitehall Township Authority, c/o Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 13814419 | | WFDS/WDS, PO Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 13827283 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2021 01:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13899019 | + | Email/Text: bncmail@w-legal.com | Apr 09 2021 01:39:00 | ALTAIR OH XIII, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13896246 | | Email/Text: coabankruptcy@allentownpa.gov | Apr 09 2021 01:38:00 | City of Allentown, 435 Hamilton St Rm 215, Allentown PA 18101 |
| 13814404 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Apr 09 2021 01:39:00 | Credit Collection Services, 2 Wells Ave, Newton Center, MA 02459-3225 |
| 13814407 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2021 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13814410 | Email/Text: PBNCNotifications@peritusservices.com | Apr 09 2021 01:38:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13814415 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2021 01:49:30 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13814414 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2021 01:39:00 | Pa Dept Of Revenue, Dept 280946 Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 13816565 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13814417 | Email/Text: colleen.atkinson@rmscollect.com | Apr 09 2021 01:39:00 | Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13814418 | + Email/Text: utilities@southwhitehall.com | Apr 09 2021 01:39:00 | South Whitehall Township, 4444 Walbert Ave, Allentown, PA 18104-1699 |
| 13872877 | + Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:49:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13817827 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 09 2021 01:53:16 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | |

Case 16-17547-pmm    Doc 53    Filed 04/10/21    Entered 04/11/21 00:44:51    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: 138NEW | Total Noticed: 44 |

on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JAMES RANDOLPH WOOD

on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD

on behalf of Creditor South Whitehall Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

LISA MARIE CIOTTI

on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

LYNN E. FELDMAN

on behalf of Debtor Cordell John Payne  Jr. feldmanfiling@rcn.com

REBECCA ANN SOLARZ

on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW

on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Cordell John Payne, Jr.
      Debtor(s)                                       Bankruptcy No: 16−17547−pmm
                                                                               Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                               For The Court
                                                                                Timothy B. McGrath
                                                                                  Clerk of Court

Dated: 4/8/21

                                                                                                                   52 − 51
                                                                                                                Form 138_new